UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY,

    Plaintiff,

v.

JAY INSLEE, et al.,

    Defendants.

CASE NO. C15-5922 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This matter is **DISMISSED without prejudice**.

Dated this 18th day April, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER